UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. MARSHALL, et al.,<br><br>　　　　Defendants. | NO. CV 17-9168-DDP (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Plaintiff's request to rescind Defendants' application for an extension of time is denied.

IT IS FURTHER ORDERED that Defendants' motion to dismiss the complaint is granted with leave to file a First Amended Complaint consistent with the Magistrate Judge's recommendations. Defendants' request for entry of dismissal without leave to amend is denied. (Dkt. No. 38.)

The Clerk is DIRECTED to file the First Amended Complaint that is attached as Exhibit 1 to Plaintiff's Objection to Defendants' Request for Entry of Dismissal Without Leave to Amend. (Dkt. No. 39.)

IT IS ORDERED that Defendants shall respond to the First Amended Complaint within 30 days after the entry of this order. The matter is referred back to the magistrate judge for further proceedings.

DATED: September 9, 2019

DEAN D. PREGERSON
United States District Judge